AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Western District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Michael Shillin<br><br>c/o Kathleen Quinn<br>324 E. Wisconsin Avenue, Suite 1410<br>Milwaukee, WI 53202<br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.<br>)    **21  CR  112  JDP**<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, WI 53703 | Courtroom No.: 460 |
|---|---|
| | Date and Time: 11/4/2021 at 10:00 AM |

This offense is briefly described as follows:

Bank and wire fraud

Date:  10/28/2021

_V. Olmo, Deputy Clerk_
*Issuing officer's signature*

V. Olmo, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____          _____
*Server's signature*

_____
*Printed name and title*