PS 8
(WIWP 2021)

# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs.    Michael Shillin                    Docket No.    21-cr-112-jdp-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW            Melissa R. Lach            , pretrial services/probation officer, presenting
an official report upon the conduct of defendant            Michael Shillin            , who was
placed under pretrial release supervision by the Honorable            Stephen L. Crocker            , sitting in
the court at      Madison, Wisconsin      on the      4th      date of            November            ,      2021
under the following conditions:

Defendant Shillin was released under the twelve standard conditions of pretrial supervision with the additional conditions
that he refrain from the excessive use of alcohol and sign a release of information allowing the pretrial services officer to
communicate with his mental health treatment provider to verify attendance and participation in treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In December 2021, Defendant Shillin informed the pretrial services office of his intent to file bankruptcy. Prior to the filing,
he had advised he would be traveling to Colorado for vacation purposes in the month of January 2022. That trip has since
been canceled. The pretrial services office is requesting that the court impose the additional condition restricting Mr.
Schillin's travel outside of the Western District of Wisconsin without the permission of the Court or the pretrial services
office. This condition is necessary because Mr. Shillin has been charged with a financial crime, has now filed bankruptcy,
and is requesting to spend money on non-discretionary type expenses.

PRAYING THAT THE COURT WILL ORDER: The imposition of additional condition number 22, restricting defendant's
travel to the Western District of Wisconsin unless prior permission has been obtained from the Court or the pretrial services
office.

ORDER OF COURT

Considered and ordered this  6 TH         day of
JANUARY         , 20 2 2   and ordered filed
and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on            January 6, 2022

_____
Melissa R. Lach
U.S. Pretrial Services/Probation Officer

Place            Madison, Wisconsin